## JACOBS *v.* LEVENWORTH and Another, in Error.

*Monday,*
*May 20.*

TO the judgment of a Circuit Court on an appeal from the decision in a trial of the right of property taken in execution, a writ of error lies (1). *Holman* J. dissentiente.

(1) Stat. 1820, p. 7;—1823, p. 190;—1828, p. 75.